JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| AIREON DAYSHAUN BROWN, | ) | Case No. 2:25-cv-05738-MRA-JDE |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

Dated: January 29, 2026

_____
MÓNICA RAMÍREZ ALMADANI
United States District Judge